[Doc. No. 22]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| PRECISION FUNDING GROUP, LLC,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL FIDELITY MORTGAGE,<br><br>Defendant. | Civ. No. 12-5054 (RMB/JS) |

## O R D E R

This matter is before the Court on defendant's "Motion to Compel Arbitration, or in the Alternative to Stay Pending Arbitration" [Doc. No. 22]; and the Court having received plaintiff's opposition [Doc. No. 24], defendant's response [Doc. No. 26], and the parties' supplemental briefs [Doc. Nos. 35, 36, 37, 39]; and the Court having conducted oral argument; and the Court having issued its accompanying Opinion; and for all the reasons stated in the Opinion,

IT IS HEREBY ORDERED this 31st day of May, 2013, that defendant's motion is GRANTED and this matter shall be referred to Arbitration.  Defendant's alternative request to stay this action in the event its request to arbitrate is denied is DENIED as moot.

s/ Joel Schneider<br>
JOEL SCHNEIDER<br>
United States Magistrate Judge